*AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT*

I, Jason Quijano, being duly sworn, depose and state that:

I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Department of Justice, and have been so employed since April 2017. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, as well as the ATF Special Agent Basic Training Academy. I have received training and have experience in the enforcement of laws concerning criminal violations of Federal firearms statutes, including the Gun Control Act (Title 18 United States Code), the National Firearms Act of 1934 (Title 26, United States Code) and the Controlled Substance Act (Title 21 United States Code). As a result of my training and experience, I am familiar with the following criminal offense relevant to this case, that being, 18 U.S.C. § 922(g)(1), Possession of a Firearm by Prohibited Person (convicted of a felony crime punishable by more than 1 year confinement).

Your Affiant is familiar with the information contained in this affidavit, either through personal investigation or through discussion with other law enforcement officers, who have participated in and have contributed documentary reports of their investigative efforts in this matter.

On July 10, 2023, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Jason Quijano was assigned a NICS Delayed Denial (NTN: 102ZGY7P4). According to the information in the Brady report, Michael HAMPTON ("HAMPTON") , a convicted felon, purchased a firearm, further identified as a Taurus, model PT 24/7 Pro DS, semi-automatic, .45 caliber, pistol, SN: NCW32084 on July 3, 2023, at K&C Pawn Shop located at 1401 16th Street, Orange, Texas, which is within the Eastern District of Texas.

A review of the ATF Form 4473 for the purchase of the above-described firearm listed the Federal Firearms Licensee (FFL) as the K&C Pawn Shop. When completing the ATF Form

*AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT*

4473, the applicant (later identified as HAMPTON) listed his address as 10555 Spice Lane #1302, Houston, TX 77072, and provided a telephone he represented as his. A pawn shop sales associate wrote the telephone number 409-272-3601 at the top of the ATF Form 4473. Your Affiant is aware that a subsequent query of that telephone number through law enforcement and public databases list "Michael Hampton" as a user of that phone number.

SA Quijano then contacted an employee of K&C Pawn Shop ("Employee") in an attempt to obtain any video surveillance the pawn shop may have at the time HAMPTON obtained the firearm. During an interview, Employee stated he recognized HAMPTON from previous visits to the pawn shop and HAMPTON provided his State issued identification card to the sales associate when he obtained the above-described firearm.

On July 14, 2023, SA Quijano received copies of in store surveillance video footage from K&C Pawn Shop. After reviewing the video and comparing it to HAMPTON's State of Texas issued identification card photograph, it is my opinion the individual that bought the above-described firearm on July 3, 2023, was in fact HAMPTON. In reviewing the video, I observed HAMPTON obtain the firearm and leave the pawn shop with it.

SA Quijano reviewed HAMPTON's criminal history and conviction documents obtained from the District Clerk of Jefferson County which revealed the following convictions:

- Cause Number 57746, on March 1, 1995, Murder in the First Degree, Criminal District Court of Jefferson County, TX.

HAMPTON falsely claimed on the ATF Form 4473 that he was not a convicted felon. Furthermore, your Affiant made an Interstate Nexus determination with the information provided on the ATF Form 4473 that was completed when the firearm was transferred to HAMPTON. This information includes the firearm manufacturer, importer, model, serial number, type, and caliber.

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

Utilizing the information your Affiant determined the aforementioned firearm was manufactured outside the State of Texas and therefore must have traveled in and affected interstate/ international commerce before HAMPTON possessed it in the State of Texas.

Based on the above information, your Affiant submits this Criminal Complaint charging Michael HAMPTON with the following offenses which occurred within the Eastern District of Texas: Possession of Firearm by prohibited person in violation of 18 U.S.C.§ 922(g)(1); and, 18 U.S.C. § 922(a)(6), False statement as to material fact to FFL.

_____  
Jason Quijano  
Special Agent, ATF

Sworn and subscribed this 24th day of July, 2023.

_____  
ZACK HAWTHORN  
UNITED STATES MAGISTRATE JUDGE